(42 South. 432.)

No. 16,345.

STATE v. STEVENSON et al.

(Nov. 26, 1906.)

1. CRIMINAL LAW—APPEAL.
    No ground for an appeal. No bill of exceptions was taken, and no assignment of errors was filed.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 15, Criminal Law, § 2619.]
2. SAME.
    The gravity of the charge and of the sentence moved the court to inspect the record. No reversible error was found.
    (Syllabus by the Court.)

Appeal from Second Judicial District Court, Parish of Bossier; Richard Cleveland Drew, Judge.

Robert Stevenson was convicted of murder, and Mat and Dallas Flournoy of manslaughter, and Stevenson appeals. Affirmed.

Thomas T. Land and Joannes Smith, for appellant. Walter Guion, Atty. Gen., and John Nicholls Sandlin, Dist. Atty. (Lewis Guion, of counsel), for the State.

BREAUX, C. J. The defendant and three others, to wit, Frank Flournoy, Dallas Flournoy, and Mat Flournoy, were charged with the murder of William Hawkins. They were indicted. The defendants were arraigned and pleaded not guilty, and the case was assigned for trial.

The defendant Robert Stevenson was found guilty as charged; Frank Flournoy, guilty as charged without capital punishment; Mat and Dallas Flournoy, guilty of manslaughter and recommended to the mercy of the court.

The defendant Stevenson appealed.

The record contains no bill of exceptions, no motion in arrest, no assignment of errors.

We have not found errors sufficient, after an inspection of the record, to warrant us in setting aside the verdict and sentence. There remains only one step for us to take; that is, to affirm the verdict of the jury and sentence and judgment of the court.

It is therefore ordered, adjudged, and decreed that the verdict, sentence, and judgment are affirmed.